# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ANTHONY NEWTON,<br><br>Defendant. | **2:13-cr-398-APG-GWF**<br><br>**ORDER** |

Upon motion of United States of America, pursuant to Title 18, United States Code, Sections 4242(a) and 4247, and Federal Rule of Criminal Procedure 12.2(c)(1)(B), IT IS HEREBY ORDERED that the Defendant is hereby committed for a reasonable period of time, not to exceed forty-five (45) days, to the custody of the Attorney General for examination by at least one (1) qualified psychiatrist or psychologist in order to determine the existence of insanity at the time of the violations alleged in the Criminal Indictment, and also to determine whether he then suffered from any mental disease, defect or other mental condition bearing on the issue of guilt.

IT IS FURTHER ORDERED that the psychiatrist or psychologist shall report the results of the examination to 1) the United States District Court for the District of Nevada, Attention: Honorable George W. Foley, Jr., United States Magistrate Judge, 333 Las Vegas Blvd. South, Las Vegas, Nevada, 89101; 2) Phillip N. Smith, Jr., Assistant United States Attorney, United States Attorney's Office, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas, Nevada, 89101, attorney for Plaintiff United States of America, at telephone number (702)-388-6503; and 3) William Carrico, Assistant Federal Public Defender, Federal Public Defender's Office, 411 East Bonneville Ave.,

Suite 250, Las Vegas, Nevada 89101, attorney for Defendant Mark Anthony Newton, at telephone number (702)-388-6577.

IT IS FURTHER ORDERED THAT said report shall contain an opinion as to whether the Defendant, at the time of the violations contained in the Criminal Indictment in the instant case, was suffering from a mental disease or defect rendering him unable to appreciate the nature and quality or the wrongfulness of the conduct alleged, and whether the Defendant was then otherwise suffering from a mental disease, defect, or other mental condition bearing on the issue of guilt.

IT IS SO ORDERED on this __31st__ day of __March__, 2014.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE