RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Nevada State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorneys Mark Anthony Newton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ANTHONY NEWTON,<br><br>Defendant. | 2:13-cr-398-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for MARK ANTHONY NEWTON, that the sentencing hearing scheduled for Thursday, February 26, 2015 at the hour of 11:30 a.m., be vacated and continued to a date and time convenient to the Court; however, no event earlier than two weeks.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel for the defendant will be out of the office on a work-related matter the week of February 16th-20th. The additional time is needed to draft defendant's sentencing memorandum.

2. The defendant is incarcerated and does not object to the continuance.

1

3. The parties agree to the continuance.

4. This is the second request for a continuance of the sentencing hearing filed herein.

DATED this 17th day of February, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ William Carrico*<br>By: _____<br>WILLIAM CARRICO,<br>Assistant Federal Public Defender | */s/ Phillip N. Smith Jr.*<br>By: _____<br>PHILLIP N. SMITH JR.,<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK ANTHONY NEWTON,<br><br>　　　　Defendant. | 2:13-cr-398-APG-GWF |

**ORDER**

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 26, 2015, be vacated and continued to March 18, 2015 at 9:30 a.m., Courtroom 6C.

　　DATED this 17th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

3