# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ANTHONY NEWTON,<br><br>Defendant. | Case No. 2:13-CR-00398-APG-GWF<br><br>**ORDER DIRECTING MARSHAL AND BUREAU OF PRISONS TO IMMEDIATELY REINSTATE DEFENDANT'S MEDICATIONS** |

Defendant Mark Anthony Newton was recently transported to this district for purposes of resentencing. During and after his transportation, he apparently has not been provided the medication he was taking at the Nevada state facility in which he was incarcerated. It is very important that Mr. Newton receive that medication. Therefore, the United States Marshal and the Bureau of Prisons shall immediately give Mr. Newton his medications (believed to include Risperdal, Benadryl, and Piperidine), and that he be continued on his medication regime while being transported back to his place of incarceration.

IT IS THEREFORE ORDERED that the United States Marshal and the Bureau of Prisons shall immediately give Mr. Newton his medications (believed to include Risperdal, Benadryl, and Piperidine), and that he be continued on his medication regime while being transported back to his place of incarceration.

DATED this 6 day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE